# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00242-CV

## In re Tammy (Minh Tam) Tran & Tammy Tran Attorneys at Law, L.L.P.

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and relators' emergency motion to stay are denied. *See* Tex. R. App. P. 52.8(a), R. 52.10.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed: May 29, 2019